**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 370 EAL 2017

                                       :

               Respondent    :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court

                       v.                   :

JARON AMBROSE,                  :

              Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.